UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CORA M. PETERSON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:15-cv-2317
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

Plaintiff initiated this action under 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying Plaintiff's applications for disability insurance benefits and supplemental security income. On May 5, 2016, the United States Magistrate Judge recommended that Plaintiff's statement of specific errors be sustained and that the action be remanded to the Commissioner for further proceedings. (Report & Recommendation at 13 [ECF No. 18].) Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

Accordingly, the Report and Recommendation [ECF No. 18] is **ADOPTED AND AFFIRMED**. Plaintiff's statement of specific errors is **SUSTAINED**, and this action is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

7-7-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE